U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                Case Number: 08cv3893
RSUI INDEMNITY COMPANY v. CAZIM, INC. d/b/a
LITTLE RASCALS and ARTUR KUSTOSZ

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
PLÀINTIFF

| | |
|---|---|
| NAME (Type or print) |
| Jocelyn P. Jopa |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Jocelyn P. Jopa |
| FIRM |
| Bollinger Ruberry & Garvey |
| STREET ADDRESS |
| 500 West Madison Street, Suite 2300 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60661-2593 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6286516 | (312) 466-8000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☑ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☐ NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |