## *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 08cv3893                Assigned/Issued By: j. n.

Judge Name:                          Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00     ☐ $39.00      ☐ $5.00
                ☐ IFP          ☐ No Fee      ☐ Other _____
                ☐ $455.00

Number of Service Copies _____          Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____                 Receipt #: _____

Date Payment Rec'd: _____            Fiscal Clerk: _____

---

**ISSUANCES**

☑ Summons                                ☐ Alias Summons

☐ Third Party Summons                    ☐ Lis Pendens

☐ Non Wage Garnishment Summons           ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons     _____
                                         _____
                                         *(Victim, Against and $ Amount)*

☐ Citation to Discover Assets            ☐ Other

☐ Writ _____              _____
      *(Type of Writ)*                   _____
                                         *(Type of issuance)*

_1_ Original and _0_ copies on _7-11-08_ as to _cazim, inc._
                                *(Date)*

_____
_____