

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604
### www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME:   Michael S. Knippen

FIRM:   Traub Lieberman Straus & Shrewsberry

STREET ADDRESS:   303 West Madison Street, Suite 1200

CITY/STATE/ZIP:   Chicago, IL 60606

PHONE NUMBER:   312-332-3900

E-MAIL ADDRESS:   mknippen@traublieberman.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS):  6185723

If you have previously filed an appearance with
this Court using a different name, enter that name:

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 04 CV 6969 | BASF AG v. Great American Assurance Co., et al | Judge Der-Yeghiayan |
| 08 CV 2388 | Guerriero, et al. v. Merit Lincoln Park, et al. | Judge Grady |
| 08 CV 3089 | Audit Bureau of Circulations v. Axis | Judge Gettleman |
| 08 CV 3893 | RSUI Indemnity v. Cazim, Inc. | Judge Grady |
|  |  |  |
|  |  |  |

/s/ Michael S. Knippen                                                                7/28/08

Attorney's Signature                                                                        Date